922 F.2d 196
 Carlton M. GREEN, Richard C. Daniels, Plaintiffs-Appellees,
v.
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
Defendant-Appellant.
Carlton M. GREEN, Richard C. Daniels, Plaintiffs-Appellants,
v.
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
Defendant-Appellee.
 Nos. 89-2311, 89-2326.
 United States Court of Appeals,
Fourth Circuit.
 March 29, 1990.
On Petition for Rehearing
 
 1
 Prior report: 4th Cir., 896 F.2d 546.
 
 
 2
 The appellant's petition for rehearing and suggestion for rehearing in banc were submitted to this Court. As no member of the Court requested a poll on the suggestion for rehearing in banc, and
 
 
 3
 As the panel considered the petition for rehearing and a majority of the panel being of the opinion that it should be granted,
 
 
 4
 IT IS ORDERED that the petition for rehearing is granted and the case is tentatively calendared for reargument at the June 1990 term of Court.
 
 
 5
 Entered at the direction of Judge Murnaghan, with the concurrence of Judge Chapman. Judge Northrop dissents from the granting of the petition for rehearing.